UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WELLINGTON DICKENS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:16-CV-530-FL |
| NANCY McFARLANE and | ) | |
| JAMES WEST, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 18, 2016, that this case is dismissed without prejudice.

**This Judgment Filed and Entered on August 18, 2016, and Copies To:**
Wellington Dickens, III (via U.S. Mail) 3325 Woodmeadow Pkwy, Raleigh, NC 27610

August 18, 2016        JULIE RICHARDS JOHNSTON, CLERK
                         /s/ Christa N. Baker
                        (By) Christa N. Baker, Deputy Clerk